

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Peter Pjetrovic, Appellant

No. 06-12-00116-CV          v.

Home Depot, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CV-09-39275). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Peter Pjetrovic, pay all costs of this appeal.

RENDERED AUGUST 20, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk